SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA CITIZENS DEFENSE LEAGUE, INC., a Virginia domestic corporation; PHILIP VAN CLEAVE, an individual; and JIM SNYDER, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01683-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF RIGHTHAVEN LLC TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and Defendants Virginia Citizens Defense League, Inc., Philip Van Cleave, and Jim Snyder (collectively the "Defendants"), by and through their counsel of record, that Righthaven shall have up to and including Friday, July 22, 2011 to file its response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. # 27). Defendants shall have an additional four (4) days from the time period permitted under the standard briefing schedule set forth in the Local Rules of Civil Practice to file their reply to Righthaven's response.

1

This stipulation is sought in good faith and not for purposes of delay. It is entered into as an accommodation to Righthaven's counsel's schedule, which is having to prepare multiple responsive filings in other pending actions and attend to other client matters.

Dated this 18th day of July, 2011.

| DAN M. PETERSON PLLC | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ Dan M. Peterson<br>Dan M. Peterson, Esq. (Pro Hac Vice)<br>dan@danpetersonlaw.com<br>3925 Chain Bridge Road, Suite 403<br>Fairfax, Virginia 22030 | By: /s/ Shawn A. Mangano<br>Shawn A. Mangano, Esq.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 |
| Richard E. Gardiner, Esq. (Pro Hac Vice)<br>regardiner@cox.net<br>3925 Chain Bridge Road, Suite 403<br>Fairfax, Virginia 22030 | *Attorney for Plaintiff* |

and

PARSONS, BEHLE & LATIMER
Robert W. DeLong, Esq.
Nevada Bar No. 10022
rdelong@parsonsbehle.com
50 W. Liberty Street, Suite 750
Reno, Nevada 89501

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**